IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

PATRICK AUSTIN WIMBERLY,           )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )     CV 621-049
                                   )
TREVONZA BOBBIT, Warden; GEORGIA   )
STATE PRISON; and GEORGIA          )
DEPARTMENT OF CORRECTIONS          )
INMATE AFFAIRS,                    )
                                   )
    Defendants.                    )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___10th___ day of September, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA